**Order entered January 9, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00680-CR**
**No. 05-22-00686-CR**

**HECTOR ANGUIANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F17-76221-X, F17-76222-X**

**ORDER**

We **REINSTATE** this appeal.

Appellant's brief was due on October 13, 2022. When it was not filed, we notified appellant by postcard dated October 17, 2022, that the brief was overdue and directed him to file a brief and an extension motion within ten days. To date, no brief or motion has been filed, and we have had no communication from appellant regarding the appeal.

So that this appeal can proceed, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

Additionally, the trial court's certifications of defendant's right of appeal in these cases have not been filed in this Court. Review of the trial court's online docket sheet shows the trial court signed the certifications of defendant's right of appeal on August 25, 2022, but the certifications have not been filed in this Court. Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file with

this Court within **TEN DAYS** of the date of this order, a supplemental clerk's record in each case containing the certification of the defendant's right of appeal for that case.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Mulder, Presiding Judge, Criminal District Court No. 6; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the Court finds it appropriate to do so.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE